# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FILOMENA MORA

VERSUS

CHRISTOPHER DAVID MORA

NO. 2021 CW 0274

**JUNE 7, 2021**

---

In Re:    Christopher David Mora, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-12779.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.** The district court's April 15, 2021 judgment granting the motion to compel filed by Filomena Mora and awarding attorney's fees and costs assessed to Christopher David Mora is reversed. Counsel for Filomena Mora failed to initiate a Louisiana District Court Rule 10.1 conference to address the particular alleged deficiencies with the discovery responses submitted by Christopher David Mora, which constitute the basis for the motion. Therefore, the motion to compel filed by Filomena Mora is denied. This ruling does not preclude Filomena Mora from filing a new motion to compel after conducting a Rule 10.1 conference to address the specific deficiencies she asserts with regard to the discovery responses of Christopher David Mora and requesting a hearing on such motion.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT